GABROY LAW OFFICES
Christian Gabroy (#8805)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel (702) 259-7777
Fax (702) 259-7704
christian@gabroy.com

Terrence Buehler *(Pro Hac Vice)*
Law Office of Terrence Buehler
The Oak Brook Terrace Atrium
17W220 22d Street, Suite 410
Oak Brook Terrace, IL 60181
(331) 225-2123

Peter Lubin *(Pro Hac Vice)*
Vincent DiTommaso *(Pro Hac Vice)*
DiTommaso-Lubin P.C.
The Oak Brook Terrace Atrium
17W220 22d Street, Suite 410
Oak Brook Terrace, IL 60181
(630) 333-0000

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**THE DISTRICT OF NEVADA**

| | |
|---|---|
| BONNIE OHLINGER, AN INDIVIDUAL, ON BEHALF OF HERSELF AND ALL PERSONS SIMILARLY SITUATED;<br><br>Plaintiffs,<br>vs.<br><br>MARSH USA, INC., A CORPORATION, EMPLOYEE(S)/AGENT(S) DOES I-X; AND ROE CORPORATION(S) XI-XX, INCLUSIVE,<br><br>Defendants. | Case No.: 2:16-cv-02588-JAD-CWH<br><br>**ORDER OF APPROVAL OF SETTLEMENT AND ORDER OF DISMISSAL**<br><br>ECF Nos. 35, 43 |

**ORDER OF APPROVAL OF
SETTLEMENT AND ORDER OF DISMISSAL**

**THIS CAUSE** came before the Court on Defendant Marsh USA Inc. ("Defendant") and Plaintiffs Bonnie Ohlinger and Jennifer Silva's (collectively, the "Parties") Joint Motion to Approve Settlement of FLSA Action. Having reviewed the record to date, the terms and conditions of the settlement, and having considered the statements of counsel for the Parties; and based on the findings and conclusions placed on the record,

Page 1 of 4

**THE COURT FINDS THAT**:

A. The Parties have had a bona fide dispute as to whether Defendant properly classified Plaintiffs as exempt employees under the administrative exemption, and whether wages were due;

B. The Parties' settlement, and the amount of the settlement, is fair, reasonable and adequate; and

C. The settlement amount is within the range of reasonable settlement amounts in similar cases.

For these reasons and those stated on the record, **IT IS HEREBY ORDERED THAT**:

1. The Joint Motion to Approve Settlement **[ECF No. 35] is GRANTED**;

2. This action is DISMISSED with prejudice, each side to bear its own fees and costs, except as stated in the settlement agreement. The Clerk of court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
10/5/17

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704